In the Matter of JULIA BB. and Others, Children Alleged to be Severely Abused, Repeatedly Abused, Abused and/or Neglected. SARATOGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; DIANA BB., Respondent. (Proceeding No. 1.)

In the Matter of JULIA BB. and Others, Children Alleged to be Severely Abused, Repeatedly Abused, Abused and/or Neglected. SARATOGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; FRANCIS BB., Respondent. (Proceeding No. 2.)

Submitted November 26, 2007; decided December 13, 2007

Reported below, 42 AD3d 208.

Motion by Elizabeth Bartholet, Esq. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

GEIDY MAYORGA, Appellant, v JOCARL & RON Co., Respondent.

Submitted November 26, 2007; decided December 13, 2007

Reported below, 41 AD3d 132.

Motion to dismiss the appeal herein granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (see CPLR 5601 [a]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMAN BARET, Appellant.

Submitted December 3, 2007; decided December 13, 2007

Reported below, 43 AD3d 648.

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CRUMBLE, Appellant.

Submitted December 3, 2007; decided December 13, 2007

Reported below, 43 AD3d 953.